[No. 23741-5-II. Division Two. May 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN SALZER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00589-7, Richard L. Brosey, J., entered September 11, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 24336-9-II. Division Two. May 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA MARIE McKINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-1-00476-5, Gordon Godfrey, J., entered January 25, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 24516-7-II. Division Two. May 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN D. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01185-6, Jay B. Roof, J., entered April 2, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.